AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KIMBERLY DAVIS WHITESIDE,**

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

**CITY OF COLUMBUS, et al.,**        CASE NO. 2:12-cv-1044
      JUDGE EDMUND A. SARGUS, JR.
      MAGISTRATE JUDGE MARK R. ABEL

      **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed April 1, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 1, 2014                     JOHN P. HEHMAN, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk